```
DISP010.RPT          R.I. DEPARTMENT OF CORRECTIONS                DATE: 06/15/2017
                                                                   PAGE   01
```

## * Warden's Review Letter *

```
     TO:   INMATE ALLEN J HANSON              0129924
SECURITY   ISC H 127B

    FROM:  Wayne   Salisbury          Deputy Warden Corrections
INFR SEC   ISC

 SUBJECT:  DECISION OF THE WARDEN'S REVIEW

BOOKING 0351341      5/26/2017         111  DISOBEDIENCE
```

Interfering With the Duties of a Correctional Officer in a Physically or Verbally Hostile Manner

A REVIEW OF THE MATERIALS PERTAINING TO YOUR DISCIPLINE HEARING HAS RESULTED IN THE FOLLOWING DETERMINATION ON YOUR REQUEST FOR A WARDEN'S REVIEW

```
HEARING DATE/TIME                    WARDEN SIGN DATE/TIME

 6/07/2017 09:11:16                   6/15/2017 14:54:28
GUILTY                               DENIED
```

HEARING 111   Interfering With the Duties of a Correctional Officer in a Physically

HEARING SANCTIONS
      DISCIPLINARY CONFINEMENT    FOR 020 DAYS
      LOSS OF GOOD TIME           FOR 020 DAYS

RATIONALE BASED ON INFO/STMTS LETTER RECEIVED

        Board decision stands.