Inmate Id: 0129924     Inmate Name: ALLEN J HANSON                    Sec: ISC

Incarceration No: 0383203                                Area/Cell: H 109B

Job Code:           SRG Level:         Enemy Level:

**Discipline No: 000360877**

  Infraction Date/Time: 11/20/2017 15:30:00     Infraction Sec: ISC

  Charging Staff Member:    Perry

  Place Of Infraction: ISC                      Place Of Booking: Committing Room

  ORIGINAL- Infraction Code: P38      Infraction CAT: VIOLENCE

  Infractions Severity: HIGHEST(PREDATORY)

  Infractions Description:
   Assault on an inmate with serious injury resulting (to include assaults by throwing liquid
   , blood, waste, chemicals and/or urine)

  Filed Date/Time: 11/20/2017 20:51:12      Inmate Demeanor: GOOD

**Infraction Narrative:**

   On the above date and time Inmate Hanson can be viewed on CC TV assaulting Inmate Thomas t
   wice in the face. This assault caused a code white to be called and operations to be inter
   rupted.

Witnesses: NONE

**S.O. REVIEW:**                 **READ BY:**    Thibert

Inform Date: 11/21/2017 19:41:00 Hearing Date: 11/24/2017 11:00:00

Demeanor: GOOD                        Inmate Plea: NOT GUILTY

Status AWT Hear: LFI DC               Waive 24 Notice: YES

Req Rep Present: NO                   Req Witness: NO

Witnesses: NONE

  **Inmate's Statement:**
   No statement given at this time.

  **Superior's Comments:**
   Valid booking based on Lieutenant's report, and CCTV footage. Warrants hearing. CCTV SBC S
   hower/Strip Area Camera 166 records the incident starting at 3:29:50 PM. Inmate Hanson can
    clearly be seen to assault inmate Carter by punching him twice in the face.