disp005S.RPT    R.I. DEPARTMENT OF CORRECTIONS    DATE: 09/26/2017
OFFENDER'S REPORT    PAGE 1
Case 1:17-cv-00598-WES-PAS Document 1-3 Filed 12/27/17 Page 1 of 1 PageID #: 14

**Inmate Id:** 0129924    **Inmate Name:** ALLEN J HANSON    **Sec:** ISC

Incarceration No: 0383203    Area/Cell: H 109B

Job Code:    SRG Level:    Enemy Level:

**Discipline No:** 000357772

Infraction Date/Time: 9/23/2017 18:15:00    Infraction Sec: ISC

Charging Staff Member:    Hays

Place Of Infraction: ISC    Place Of Booking: RHU H-mod

ORIGINAL- Infraction Code: 226    Infraction CAT: VANDALISM

Infractions Severity: HIGH

Infractions Description:
  Willfully Disfiguring, Damaging, and/or Destroying Any Part of the Facility or any Materials, Tools, Machinery, and/or any State Property

Filed Date/Time: 9/23/2017 18:39:52    Inmate Demeanor: UNKNOWN

**Infraction Narrative:**
  While going through Inmate Hanson, Allen #129924 property in the RHU, I found multiple pages torn from (5) different law books from the RHU law library. The following books were damaged (Scientific Evidence volume 3), (Law and Process), (Search and Seizure vol 3), Search and Seizure vol 6), General Laws RI part2). Inmate was informed he was booked for destroying state property.

Witnesses: NONE

S.O. REVIEW:    READ BY:    Thibert

Inform Date: 09/26/2017 19:46:00 Hearing Date: 09/29/2017 11:00:00

Demeanor: GOOD    Inmate Plea: NOT GUILTY

Status AWT Hear: LFI DC    Waive 24 Notice: YES

Req Rep Present: NO    Req Witness: NO

Witnesses: NONE

**Inmate's Statement:**
  My statement is I did not pack my stuff. I do not know who packed my stuff. It is not my responsibility.

**Superior's Comments:**
  Valid booking based on Officer's report. Warrants hearing.