Inmate Id: 0129924     Inmate Name: ALLEN J HANSON          Sec: ISC

Incarceration No: 0383203                          Area/Cell: H 109B

Job Code:          SRG Level:          Enemy Level:

**Discipline No: 000359319**

Infraction Date/Time: 10/19/2017 17:15:00    Infraction Sec: ISC

Charging Staff Member:   Caouette

Place Of Infraction: ISC                    Place Of Booking: RHU/H-mod

ORIGINAL- Infraction Code: 226     Infraction CAT: VANDALISM

Infractions Severity: HIGH

Infractions Description:
Willfully Disfiguring, Damaging, and/or Destroying Any Part of the Facility or any Materials, Tools, Machinery, and/or any State Property

Filed Date/Time: 10/19/2017 22:50:56        Inmate Demeanor: AGGRESSIVE

**Infraction Narrative:**

While conducting my duties in H-mod Inmate Hanson Allen #129924 was in holding cell H-103 reviewing law books. I searched Inmate Hansons cell and found several pages torn from Law books in his cell H-109. Inmate Hanson, Allen has been booked for this incident before. I matched the torn pages to 3 seperate law books. Lt Thibert was notified.

Witnesses: NONE

**S.O. REVIEW:**               **READ BY:**   Thibert

Inform Date: 10/20/2017 19:02:00  Hearing Date: 10/25/2017 11:00:00

Demeanor: ALOOF                   Inmate Plea: NOT GUILTY

Status AWT Hear: LFI DC           Waive 24 Notice: YES

Req Rep Present: NO               Req Witness: NO

Witnesses: NONE

**Inmate's Statement:**
The books that were found in my cell were already damaged. I was not damaging them. I had the pages, but I was not caught in the act of disfiguring them. The code should be changed to contraband. I have already been booked for doing this before. Nothing was found on my person when I was stripped searched.

**Superior's Comments:**
Valid booking based on Officer's report and inmate's own statements. Warrants hearing.