Dear office of the court Clerk

Please excuse my poor Handwriting I Have a Disabilty Called Disgraphic since 1st grade But I Have tried my Best to fill this out Thank you

PS Can you Please send me another Packet To fill out with a list of anything else I missed In the first Thank you Allen Hanson