I Am looking to Amend my complaint To make It Against RI DOC Need the form USM 285 IM A little lost And Dont know what Needs to Be Done to fulfill my complaint for CA17-598-WES-PAS

FILED
2018 MAR 26 A 11:03
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND