**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**
**OFFICE OF THE CLERK**

Allen J Hanson
ACI – Intake Service Center
PO Box 8249
H–206–B
Cranston, RI 02920

RE: Hanson v. RI Department of Corrections, et al
Case No.: 1:17–cv–00598–WES–PAS

Dear Allen J Hanson:

 Pursuant to Fed. R. Civ. P. 4(c)(3), the court must order that service be made by a United States Marshal or Deputy Marshal when a plaintiff has been granted in forma pauperis status in accordance with 28 U.S.C § 1915.

 In order for the United States Marshals Service to serve the defendant(s) in this case, you must complete a Process Receipt and Return form (USM–285) and a summons for each defendant listed on your complaint.

 Since you have named a State of Rhode Island department, agency, or officer, you must address the **USM–285** form for each summons to the Office of the Attorney General, 150 South Main Street, Providence, Rhode Island 02903.

 When completing these forms, you must use the actual physical street address for each named defendant–not a P.O. Box Number. Once you have completed the enclosed forms, return them to the following address:

    U.S. District Court
    Clerk's Office
    One Exchange Terrace
    Providence, RI 02903

 Once I have received your completed forms, I will forward the necessary paperwork to the United States Marshals Service for service.

April 6, 2018            Sincerely,
                 /s/ Hanorah Tyer–Witek, Clerk of Court