# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALLEN J. HANSON | : | |
| *Plaintiff* | : | |
| | : | |
| v. | : | C.A. NO.: 17-598 |
| | : | |
| STATE OF RHODE ISLAND DEPARTMENT OF CORRECTIONS, et al. | : | |
| | : | |
| | : | |
| *Defendants* | | |

## WITHDRAWAL OF APPEARANCE

I, Adam J. Sholes, Assistant Attorney General, hereby enter my withdrawal as counsel for Defendants Rhode Island Department of Corrections (RIDOC), Correctional Officer Panerello and Correctional Officer Grady in their official capacities only in the above-captioned civil action.

Respectfully submitted,

DEFENDANTS, in official capacity only,
By Their Attorney,

PETER F. KILMARTIN
ATTORNEY GENERAL

/s/ *Adam J. Sholes*_____
Adam J. Sholes, Bar No. 7204
Assistant Attorney General
150 S. Main Street, Providence, RI 02903
(401) 274-4400 EXT. 2219
Fax No. (401) 222-3016
ajsholes@riag.ri.gov

## **CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that a copy of the within Motion was filed via the ECF filing system on this 24th day of August, 2018 and that it is available for viewing and downloading. I also hereby certify that I mailed a copy of the foregoing Motion by first class mail, postage prepaid on this 24th day of August, 2018 to:

Allen J. Hanson, *Pro Se*
ID# 129924
ACI – Intake Service Center
P.O. Box 8249
Cranston, RI  02920

          */s/ Adam Sholes*