UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ALLEN J. HANSON, *pro se*,<br>    *Plaintiff*<br><br>v.<br><br>STATE OF RHODE ISLAND, DEPARTMENT OF CORRECTIONS, et al.,<br>    *Defendants* | C.A. No. 1:17-cv-0598-WES-PAS |

## MOTION TO TAKE THE DEPOSITION OF INMATE ALLEN J. HANSON

Defendant, Rhode Island Department of Corrections, hereby moves this Court for an Order, pursuant to Fed. R. Civ. P. 30(a)(2)(B), to take the deposition of Plaintiff Allen J. Hanson, who is currently incarcerated at the Adult Correctional Institution, Maximum Security Facility in Cranston, Rhode Island.  Defendant moves for an order to take Plaintiff's deposition on or before May 31, 2019.

Respectfully Submitted,

STATE OF RHODE ISLAND,
DEPARTMENT OF CORRECTIONS,
By its Attorney,

PETER F. NERONHA
ATTORNEY GENERAL

 */s/ Sean P. Malloy*
Sean P. Malloy (#8675)
Justin J. Sullivan (#9770)
Special Assistant Attorneys General
Rhode Island Office of the Attorney General
150 S. Main St. Providence, RI 02903
Tel: (401) 274-4400 | Fax: (401) 222-2995
Ext. 2026 | smalloy@riag.ri.gov
Ext. 2007 | jjsullivan@riag.ri.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on Tuesday, March 26, 2019 I filed the within document via the ECF filing system and that a copy is available for viewing and downloading. I further certify that on Tuesday, March 26, 2019, I mailed a true and accurate copy of the within document via U.S. First Class mail, postage prepaid, to the following:

Allen J. Hanson, *pro se*
Inmate ID# 129924
Adult Correctional Institution
P.O. Box 8273
Cranston, RI 02920

              */s/ Sean P. Malloy*