# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

ALLEN J. HANSON,

Plaintiff(s)

v.

RHODE ISLAND DEPARTMENT OF CORRECTIONS, et al.,

Defendant(s)

Case No. 1:17-cv-598-WES-PAS

## NOTICE OF ACCEPTANCE OF SERVICE

I, STATE OF RHODE ISLAND, DEPARTMENT OF CORRECTIONS; and CORRECTIONAL OFFICER PANERELLO, in their official capacity only

*(defendant(s))*

hereby acknowledge receipt of the complaint filed in the above referenced action and accept service in accordance with the Agreement on Acceptance of Service between the U.S. District Court for the District of Rhode Island and the Rhode Island Attorney General.

    I agree to answer or otherwise plead within the time prescribed in Fed. R. Civ. P. 12(a)(1)(A)(ii), and understand that if I fail to file an answer or otherwise defend within the prescribed time, I will be subject to default pursuant to Fed. R. Civ. P. 55.

| | |
|---|---|
| Rebecca T. Partington | *[signature: Rebecca Partington]* |
| *Name* | *Signature* |
| 3890 | 02/10/2020 |
| *Bar Number* | *Date* |
| Office of the Attorney General | 401-274-4400 |
| *Firm/Agency* | *Telephone Number* |
| 150 South Main St. | (401) 222-2995 |
| *Address* | *Fax Number* |
| Providence, RI 02903 | rpartington@riag.ri.gov |
| *City, State, Zip Code* | *E-mail Address* |

[ Reset Form ]   [ Print Form ]   [ Save Form ]