# EXHIBIT A

```
DISP006.rpt           R.I. DEPARTMENT OF CORRECTIONS        DATE: 02/14/2019

                      INMATE DISCIPLINE HISTORY REPORT      PAGE  01


ID: 129924   ALLEN J HANSON      MAX LOC: PRUD P1-    D.O.B. 08/26/1985

    LGT   BOOK--DATE   FINDING      FIND--DATE   ------INMATE APPEAL------       --SEVERITY CODES--
          INFRACTION(S)                          BOARD ACTION

          10/24/2010   GUILTY       10/27/2010   YES   DENIED   11/04/2010       HIGHEST(NON-PREDATOR
          Disobeying a Clearly Stated Order in a Manner that
                                                                21 DAYS DISCIPLINARY CONFINEMENT
    10                                                          10 DAYS LOSS OF GOOD TIME


          03/23/2011   GUILTY       03/25/2011   NO                              MODERATE
          Disorderly Conduct /Disobeying housing unit/area/b
                                                                0 DAYS REPRIMAND


          03/18/2017   DISCHARGED   03/22/2017   NO                              HIGHEST(NON-PREDATOR
          Fighting (inmate on inmate) with serious injury re

          05/26/2017   GUILTY       06/07/2017   YES   DENIED   06/15/2017       HIGHEST(NON-PREDATOR
          Interfering With the Duties of a Correctional Offi
                                                                20 DAYS DISCIPLINARY CONFINEMENT
     0                                                          20 DAYS LOSS OF GOOD TIME


          08/22/2017   GUILTY       08/25/2017   YES   DENIED   09/05/2017       HIGHEST(NON-PREDATOR
          Threatening an Employee or His/Her Family with Bod
                                                                30 DAYS DISCIPLINARY CONFINEMENT
     0                                                          30 DAYS LOSS OF GOOD TIME


          09/22/2017   GUILTY       09/27/2017   YES   DENIED   10/24/2017       HIGHEST(NON-PREDATOR
          Conduct That Disrupts or Interferes with the Secur
                                                                20 DAYS DISCIPLINARY CONFINEMENT
     0                                                          20 DAYS LOSS OF GOOD TIME


          09/23/2017   GUILTY       10/04/2017   YES   DENIED   10/16/2017       HIGH
          Willfully Disfiguring, Damaging, and/or Destroying
                                                                 0 DAYS RESTITUTION
                                                                20 DAYS DISCIPLINARY CONFINEMENT
     0                                                          20 DAYS LOSS OF GOOD TIME


          10/19/2017   GUILTY       10/25/2017   YES   DENIED   11/09/2017       HIGH
          Willfully Disfiguring, Damaging, and/or Destroying
                                                                 0 DAYS RESTITUTION
                                                                30 DAYS DISCIPLINARY CONFINEMENT
    30                                                          30 DAYS LOSS OF GOOD TIME
```

```
DISP006.rpt         R.I. DEPARTMENT OF CORRECTIONS       DATE: 02/14/2019

                    INMATE DISCIPLINE HISTORY REPORT     PAGE   02


ID: 129924  ALLEN J HANSON         MAX LOC: PRUD P1-    D.O.B. 08/26/1985

   LGT    BOOK--DATE  FINDING    FIND--DATE  ------INMATE APPEAL------      --SEVERITY CODES--
          INFRACTION(S)                       BOARD ACTION

          10/26/2017  GUILTY     11/02/2017  YES   DENIED   11/10/2017      HIGHEST(NON-PREDATOR
          Interfering With the Duties of a Correctional Offi
                                                            25 DAYS DISCIPLINARY CONFINEMENT
    0                                                       25 DAYS LOSS OF GOOD TIME


          11/20/2017  GUILTY     11/22/2017  YES   DENIED   12/13/2017      HIGHEST(PREDATORY)
          Assault on an inmate with serious injury resulting
                                                            150 DAYS DISCIPLINARY CONFINEMENT
   20                                                        20 DAYS LOSS OF GOOD TIME


          10/31/2018  GUILTY     11/02/2018  YES   DENIED   11/07/2018      LOW-MODERATE
          Poor job performance
                                                              0 DAYS LOSS OF JOB


          12/01/2018  GUILTY     12/04/2018  NO                             HIGH
          Interfering with the Duties of a Correctional Offi
                                                              3 DAYS DISCIPLINARY CONFINEMENT
    3                                                         3 DAYS LOSS OF GOOD TIME


          01/24/2019  GUILTY     01/29/2019  YES   DENIED   02/05/2019      LOW-MODERATE
          Possessing Category 2 Contraband
                                                              5 DAYS LOSS OF PRIVILEGES
    5                                                         5 DAYS LOSS OF GOOD TIME


                    TOTAL BOOKINGS THIS INMATE:              13
```