# EXHIBIT B

**RHODE ISLAND DEPARTMENT OF CORRECTIONS**
**RESTITUTION ORDER**

11.01-5 DOC
Attachment 3
Page 1 of 1

*COPY per your request*

| | |
|---|---|
| Inmate's Name: Allen Hanson | ID #: 129924 |
| Facility: ISC | Discipline Report #: 357772 |
| Hearing Officer: Lt. Paquette | Date of Hearing: 10/4/2017 |

Restitution For:

Destroy State Property: Search & Seizure (volumes 3&6) $265.60

Law and Process of Post-Conviction Remedies: case and material $350.89

RI General Laws (Volume 2, part II) $93.00

Scientific Evidence (Volume 1) $364.00

Amount of Restitution    Total Amount $1072.60

Your account will be charged the above amount according to RIDOC's Code of Inmate Discipline policy. You have the right to challenge the reasonableness of the Restitution Order. To Challenge this order, You must submit a written request to the facility Warden / designee.

This challenge does not include the right to obtain and submit additional or competitive estimates. Challenges must be submitted within three (3) working days (Monday through Friday; Saturday, Sunday and holidays excluded, Intake facilities) or five (5) working days (all other facilities).

A copy of this Order will be sent to Inmate Accounts after 5 days, if not challenged.

Additional Comments:

Inmate Received Restitution Order on: Wednesday, October 2017
                                      Date

Hearing Officer: *Lt WP* (Signature)

*Copy*   10/24/17

Orig. - Inmate
Copy - Facility Warden
       File

Revised 12/02